UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

LUCAS MICHAEL CHANSLER

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 3:10-cr-100-J-34TEM

Upon oral joint motion of the parties to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that an arraignment/detention hearing is set for **April 21, 2010 at 11:00 A.M.** before the Honorable **Thomas E. Morris, United States Magistrate Judge** in **Courtroom No. 5B, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.** Pending this hearing the defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: April 16, 2010

THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Brown)
Alan Rosner, Esquire
U.S. Marshal
U.S. Probation
U.S. Pretrial Services