UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

2010 APR 29 PM 3: 46

v.

CASE NO.

CLERK, US ...
MIDDLE ... FLORI..
JACKSONVILLE, FLORIDA

Lucas Michael Chansler

3:10-CR-100-J-34TEM

## AFFIDAVIT OF EXCLUSIVE OWNERSHIP OF CASH BAIL

I, James Michael Chansler, SSN: 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, certify that I am the owner of, and have exclusive interest to the $ 1000.00 deposited as cash bail.

## AFFIDAVIT OF OTHER OWNERSHIP OF CASH BAIL

I, _____, certify that I have authority to tender the following amounts of monies as cash bail on behalf of the individuals indicated below:

| Name of Owner/SSN: | Address of Owner | Deposit |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## CERTIFICATION OF DEPOSITOR

I certify that the information provided above correctly reflects the ownership of the deposited cash bail.

FILED this 29 day of April, 2010.

Signature: [signed] James M. Chansler

Print Name: James M. Chansler
Address: 295 Edgewater Br Dr
City, State, Zip: Jacksonville FL 32259
Phone Number: 904-307-5878

```
         RECEIPT FOR PAYMENT
        DISTRICT COURT OF MIDDLE
               FLORIDA
               JAX DIV
          WWW.FLMD.USCOURTS.GOV

                              J034996
-----------------------------------
RECEIVED FROM:
CHANSLER, JAMES M
295 EDGEWATER BR. DR.
JACKSONVILLE, FL 32259
-----------------------------------

Case Number: 3:10CR00100
-----------------------------------
F/U/B/O:
Party ID:UNK
CHANSLER, LUCAS M

Tender Type:          CHECK
10-604700             $1,000.00
registry Funds

Remarks:Criminal Bond; Cashiers
         Check; 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
-----------------------------------
    Subtotal:         $1,000.00




-----------------------------------
Receipt Total:        $1,000.00
===================================
# Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:    4/29/10
   Clerk:---------------
              SW
```