UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 3:10-cr-100-J-34TEM

LUCAS MICHAEL CHANSLER

**UNITED STATES' REPORT REGARDING
STATUS OF DEFENDANT'S COMPETENCY EXAMINATION**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant this Court's Order dated March 27, 2014 (Doc. 154), files this report regarding the status of defendant's competency examination. On May 7, 2014, the undersigned spoke by telephone with the assigned evaluator, Dr. Dawn Graney, staff psychologist at the Federal Medical Center (FMC) at Butner, North Carolina.  Dr. Graney advised that defendant's evaluation has just been completed, that she is preparing a written report as ordered, and that the written report of defendant's evaluation will be sent to the Court and counsel no

later than May 15, 2014. As ordered, defendant will remain housed at FMC Butner pending further order by the Court.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By    *s/ D. Rodney Brown*
        D. RODNEY BROWN
        Assistant United States Attorney
        Florida Bar No. 0906689
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:   (904) 301-6300
        Facsimile:    (904) 301-6310
        E-mail:  rodney.brown@usdoj.gov

**U.S. v. LUCAS MICHAEL CHANSLER**      Case No. 3:10-cr-100-J-34TEM

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Alan E. Rosner, Esq.

>*s/ D. Rodney Brown*
>D. RODNEY BROWN
>Assistant United States Attorney

3